UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cause No. 1:98-CR-0113-LJM-TAB |
| | ) | |
| CRAIG LEE HOUCHENS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Denise K. LaRue's Report and Recommendation that

Craig Lee Houchens's supervised release be revoked, pursuant to Title 18, United States Code,

Section §3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18, United States

Code, Section 3583, the Court now approves and adopts the Report and Recommendation as

follows:

The Defendant is sentenced to the custody of the Attorney General or his designee for a

period of sixty (60) months with no supervised release to follow, to be run consecutive to any other

term of imprisonment.

SO ORDERED this   05/29/2013

LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Nicholas Surmacz
Assistant United States Attorney
10 West Market Street, #2100
Indianapolis, IN 46204

Monica Foster
Office of the Indiana Federal Community Defender
111 Monument Circle, #752
Indianapolis, IN 46204

U. S. Parole and Probation

U. S. Marshal Service